UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Frank J. Washington, #291556, ) <br> *a/k/a Frank Jermaine Washington, #115204*, ) <br> *a/k/a Frank Jermaine Washington, #82625*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> Green Dot Corporation, John Doe, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No.: 8:21-cv-03749-RBH <br><br><br><br><br><br> **ORDER** |

This matter is before the Court for review of the Report and Recommendation ("R & R")[1] of United States Magistrate Judge Thomas E. Rogers, III, who recommends summarily dismissing Plaintiff's complaint for lack of subject matter jurisdiction. *See* ECF No. 12.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of those portions of the R & R to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Plaintiff has not filed objections to the R & R, and the time for doing so has expired.[2] In the absence of objections to the R & R, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendations. *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir.

---

[1] The Magistrate Judge issued the R & R in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.).

[2] Plaintiff's objections were due by February 5, 2022. *See* ECF Nos 12 & 13.

1983).  The Court reviews only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

Having found no clear error, the Court **ADOPTS** the Magistrate Judge's R & R [ECF No. 12] and **DISMISSES** Plaintiff's complaint *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED.**

Florence, South Carolina  
February 24, 2022

s/ R. Bryan Harwell  
R. Bryan Harwell  
Chief United States District Judge